UNITED STATES DISTRICT COURT

EASTERN                              DISTRICT OF                       OKLAHOMA

Danny R. Ward                                 **JUDGMENT IN A CIVIL CASE**

V.

                                              Case Number:    CIV-06-469-JHP

Greg Province

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   Petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 is DENIED, and this action is, in all respects, DISMISSED.

1/7/08                                        WILLIAM B. GUTHRIE
Date                                          Clerk


                                              s/ A Green
                                              (By) Deputy Clerk